UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CIV 02-264 TUC RCC |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| One (1) TRW, U.S. Rifle, Model 14, 7.62x51mm caliber, Serial Number 593006; | |
| Defendant. | |

Upon motion of plaintiff, United States of America, and good cause appearing;

IT IS HEREBY ORDERED that the government's request for a Protective Order pursuant to Fed.R.Civ.P. 26(c) is GRANTED. Accordingly, only the parties or the party's representative, the witnesses, and court reporting staff, may attend the depositions of Michael Kelly, Sr. and Richard Vasquez, on June 26 and 27, 2003.

DATED this 25th day of June, 2003.

RANER C. COLLINS
United States District Judge